**Abatement Order filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00407-CV

———————

**SANTOS SAN JUAN D/B/A SANTOS WRECKER REPAIR, Appellant**

**V.**

**JOSE SEGOVIA, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06117**

---

## ABATEMENT ORDER

The reporter's record in this case was due **August 11, 2014**. *See* Tex. R. App. P. 35.1. The record was not filed. This court received notice that two court reporters took the record in this case. On **August 27, 2014**, this court ordered the official court reporter, **Michelle Tucker**, to file the record within 30 days. When the court reporter failed to file the record as ordered, on **October 15, 2014** this court ordered the court reporter to file the record within 30 days, and instructed the

court reporter that if the record was not filed, the court would order the trial court to conduct a hearing to determine the reason for failure to file the record.

On **August 18, 2014**, the substitute court reporter, **Patricia Palmer** filed an information sheet stating that she had not been paid for her portion of the record. On **August 22, 2014**, the court sent notice to the appellant to provide proof of payment for this portion of the record within 15 days. On **September 05, 2014**, this court received a second information sheet from Patricia Palmer stating that she had been paid for the record and requested an extension of time to file her portion of the record, which was granted until **October 10, 2014**. On **October 13, 2014**, a second motion for extension of time was received and was granted until **November 10, 2014** with the notation that no further extension would be granted absent exceptional circumstances.

The record has not been filed with the court. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct the judge of the **80th District Court** to conduct a hearing at which the official court reporter, Michelle Tucker, the substitute court reporter, Patricia Palmer, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for failure to file the record; (b) to establish a date certain when the reporter's record will be filed, and (c) to make findings as to whether the court reporter should be held in contempt of court for failing to file the reporter's record timely as ordered. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law, and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing

record and supplemental clerk's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. **If the court reporters file the record prior to the date set for the hearing, the appeal will be reinstated and the trial court need not hold a hearing.**

PER CURIAM